JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
TANYA FOSTERS-DEMERS

**DEFENDANTS**
CHICAGO BOARD OF EDUCATION

**(b)** County of Residence of First Listed Plaintiff: COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
JOHN F. O'MEARA
2417 WASHTENAW
CHICAGO IL 60647

**08CV2461**
**JUDGE GUZMAN**
**MAG. JUDGE ASHMAN**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business In This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business In Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| □ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | □ 610 Agriculture | □ 422 Appeal 28 USC 158 | □ 400 State Reapportionment |
| □ 120 Marine | □ 310 Airplane / □ 362 Personal Injury—Med. Malpractice | □ 620 Other Food & Drug | | □ 410 Antitrust |
| □ 130 Miller Act | □ 315 Airplane Product Liability / □ 365 Personal Injury—Product Liability | □ 625 Drug Related Seizure of Property 21 USC | □ 423 Withdrawal 28 USC 157 | □ 430 Banks and Banking |
| □ 140 Negotiable Instrument | □ 320 Assault, Libel & Slander / □ 368 Asbestos Personal Injury Product Liability | □ 630 Liquor Laws | | □ 450 Commerce/ICC Rates/etc. |
| □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 330 Federal Employers' Liability | □ 640 R.R. & Truck | **PROPERTY RIGHTS** | □ 460 Deportation |
| □ 151 Medicare Act | □ 340 Marine / **PERSONAL PROPERTY** | □ 650 Airline Regs. | □ 820 Copyrights | □ 470 Racketeer Influenced and Corrupt Organizations |
| □ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | □ 345 Marine Product Liability / □ 370 Other Fraud | □ 660 Occupational Safety/Health | □ 830 Patent | □ 810 Selective Service |
| □ 153 Recovery of Overpayment of Veteran's Benefits | □ 350 Motor Vehicle / □ 371 Truth in Lending | □ 690 Other | □ 840 Trademark | □ 850 Securities/Commodities/Exchange |
| □ 160 Stockholders' Suits | □ 355 Motor Vehicle Product Liability / □ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | □ 875 Customer Challenge 12 USC 3410 |
| □ 190 Other Contract | □ 360 Other Personal Inj. / □ 385 Property Damage Product Liability | □ 710 Fair Labor Standards Act | □ 861 HIA (1395ff) | □ 891 Agricultural Acts |
| □ 195 Contract Product Liability | | □ 720 Labor/Mgmt. Relations | □ 862 Black Lung (923) | □ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | □ 863 DIWC/DIWW (405(g)) | □ 893 Environmental Matters |
| □ 210 Land Condemnation | □ 441 Voting / □ 510 Motions to Vacate Sentence | □ 730 Labor/Mgmt.Reporting & Disclosure Act | □ 864 SSID Title XVI | □ 894 Energy Allocation Act |
| □ 220 Foreclosure | [x] 442 Employment / Habeas Corpus: | □ 740 Railway Labor Act | □ 865 RSI (405(g)) | □ 895 Freedom of Information Act |
| □ 230 Rent Lease & Ejectment | □ 443 Housing/Accommodations / □ 530 General | | **FEDERAL TAX SUITS** | □ 900 Appeal of Fee Determination Under Equal Access to Justice |
| □ 240 Torts to Land | □ 444 Welfare / □ 535 Death Penalty | □ 790 Other Labor Litigation | □ 870 Taxes (U.S. Plaintiff or Defendant) | □ 950 Constitutionality of State Statutes |
| □ 245 Tort Product Liability | □ 440 Other Civil Rights / □ 540 Mandamus & Other | □ 791 Empl. Ret. Inc. Security Act | □ 871 IRS—Third Party 26 USC 7609 | □ 890 Other Statutory Actions |
| □ 290 All Other Real Property | / □ 550 Civil Rights | | | |
| | / □ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

AMERICANS WITH DISABILITIES ACT

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint: JURY DEMAND: [x] Yes [ ] No

## VIII. This case
- [x] is not a refiling of a previously dismissed action.
- [ ] is a refiling of case _____, previously dismissed by Judge _____

DATE: 4/30/08
SIGNATURE OF ATTORNEY OF RECORD: /s/

FILED
APR 30 2008
APR 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT