

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

TANYA FOSTER-DEMERS

v

CHICAGO BOARD OF EDUCATION

**08CV2461**
**JUDGE GUZMAN**
**MAG. JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TANYA FOSTER-DEMERS, PLAINTIFF

FILED
APR 30 2008
Apr 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SIGNATURE | |
|---|---|
| [signature] | |
| FIRM | |
| CHARLES O. BOUTWELL ATTORNEY AT LAW | |
| STREET ADDRESS | |
| 3075 PLUM ISLAND DR | |
| CITY/STATE/ZIP | |
| NORTHBROOK IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARDC# IL 0261963 | 847 272-2126 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |