UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Tanya Foster−Demers
                    Plaintiff,

v.	Case No.: 1:08−cv−02461
    Honorable Ronald A. Guzman

Chicago Board of Education
                    Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: settlement conference.(cjg, )Mailed notice.

Dated: June 30, 2008

                                                      /s/ Ronald A. Guzman

                                                    United States District Judge