## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Tanya Foster–Demers
                          Plaintiff,

v.                                           Case No.: 1:08–cv–02461
                                                    Honorable Ronald A. Guzman

Chicago Board of Education
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 7/1/2008. Court adopts proposed discovery plan: Rule 26(a)(1) disclosures by 7/15/08. Fact discovery ordered closed by 12/1/2008. Plaintiff's expert reports by 12/31/08 and depositions by 1/31/09. Defendant's expert reports by 2/28/09 and depositions by 3/31/09. Dispositive motions due by 4/30/2009. Status hearing set for 12/3/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.