UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANYA FOSTER-DEMERS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08 C 2461 |
| ) | |
| CHICAGO BOARD OF EDUCATION, ) | Judge Guzman |
| ) | Magistrate Judge Ashman |
| Defendant. ) | |

## NOTICE OF MOTION

To:   Charles D. Boutwell
      3075 Plum Island Drive
      Northbrook, Illinois 60062
      Fax: (847) 272-2275

**PLEASE TAKE NOTICE** that on the 5th day of August, 2008, at 9:30 a.m. Defendant Board shall appear before the Honorable Judge Ronald A. Guzman, Courtroom 1219, or before such other Judge sitting in his place and stead, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **DEFENDANT BOARD'S MOTION FOR LEAVE TO FILE AN ADDITIONAL AFFIRMATIVE DEFENSE**, a copy of which is attached and hereby served upon you.

Dated at Chicago, Illinois           PATRICK J. ROCKS
this 29th day of July, 2008.         General Counsel

                                     s/ Jennifer Y. Wu
                                     Jennifer Y. Wu
                                     Assistant General Counsel
                                     Board of Education of the City of Chicago
                                     125 South Clark Street, Suite 700
                                     Chicago, Illinois 60603
                                     (773) 553-1720

## CERTIFICATE OF SERVICE

I, Jennifer Y. Wu, an attorney do hereby certify that I caused the attached **Notice of Motion** to be served upon counsels of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 28th day of July, 2008.

s/ Jennifer Y. Wu