## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Tanya Foster–Demers
                Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:08–cv–02461
　　　　　　　　　　　　　　　　　　Honorable Ronald A. Guzman

Chicago Board of Education
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff not in court. Motion hearing held on 8/5/2008. Motion by Defendant Chicago Board of Education for leave to file An Additional Affirmative Defense [15] is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.