UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TANYA FOSTER-DEMERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 C 2461 |
| | ) | |
| CHICAGO BOARD OF EDUCATION, | ) | Judge Guzman |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

NOTICE OF FILING

To:   Charles D. Boutwell
      3075 Plum Island Drive
      Northbrook, Illinois 60062
      Fax: (847) 272-2275

　　　**PLEASE TAKE NOTICE** that I have this 6th day of August, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, **DEFENDANT BOARD'S AFFIRMATIVE DEFENSES,** a copy of which is attached hereto and hereby served upon you.

Dated at Chicago, Illinois　　　　　　　PATRICK J. ROCKS
this 6th day of August, 2008.　　　　　General Counsel

　　　　　　　　　　　　　　　　　　　　　s/ Jennifer Y. Wu
　　　　　　　　　　　　　　　　　　　　　Jennifer Y. Wu
　　　　　　　　　　　　　　　　　　　　　Assistant General Counsel
　　　　　　　　　　　　　　　　　　　　　Board of Education of the City of Chicago
　　　　　　　　　　　　　　　　　　　　　125 South Clark Street, Suite 700
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　　　(773) 553-1720

CERTIFICATE OF SERVICE

　　　I, Jennifer Y. Wu, an attorney do hereby certify that I caused the attached **Notice of Filing** to be served upon counsel of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 6th day of August, 2008.

　　　　　　　　　　　　　　　　　　　　　s/ Jennifer Y. Wu